IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCCURY STUDIOS LLC,

    Plaintiff,

v.

WEB2WEB MARKETING, INC., d/b/a ACTEVA.COM,

    Defendant.

No. MC 13-80246 WHA

**ORDER RE PLAINTIFF'S MOTIONS TO COMPEL AND TO SHORTEN TIME**

On February 4, plaintiff filed two motions: (1) a motion to compel defendant Web2Web Marketing, Inc. to produce documents and attend a Rule 30(b)(6) deposition; and (2) a motion to shorten time for hearing on the aforementioned motion. Based on the exhibits appended to plaintiffs' motions, the undersigned judge is aware that defendant may still be in the process of securing legal representation.

Nonetheless, under Civil Local Rule 6-3(b), defendant should take notice that its deadline to file an opposition (if any) to the motion to shorten time is **5 PM ON FEBRUARY 10**. In addition, both sides are requested to please note Civil Local Rule 37-1(a), which requires a conference between counsel *before* a motion to resolve a disclosure or discovery dispute can be entertained. Finally, plaintiff's counsel must serve a copy of this notice immediately on defendant, using e-mail and/or first-class mail.

**IT IS SO ORDERED.**

Dated: February 5, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE