IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE MCCURRY STUDIOS, LLC,

    Plaintiff,

v.

WEB2WEB MARKETING, INC., d/b/a ACTEVA.COM,

    Defendant.

   /

No. MC 13-80246 WHA

**ORDER RE AUGUST 21 HEARING AND MOTION TO SHORTEN TIME**

Plaintiff has filed two motions to compel — one set for hearing on August 21, and the other set for hearing on September 3 (Dkt. Nos. 27, 30). Plaintiff has also filed a motion to shorten time for hearing on the latter motion, such that both motions are heard on August 21 (Dkt. No. 29). Because both motions address the same set of issues, the motion to shorten time is **GRANTED**.

Accordingly, the August 21 hearing will go forward as scheduled. If defendant's president and CEO Pankaj Gupta wishes to have an extension for that hearing, he must apply for that extension personally or through counsel.

Moreover, plaintiff's counsel are hereby **ORDERED** to promptly serve a copy of this order on Mr. Gupta, through the most practicable means possible (including e-mail), and to further advise Mr. Gupta that at the August 21 hearing, the Court will likely issue an order that would, if not obeyed, in due course lead to his arrest and detention until such time as he complies with the discovery orders.

If Mr. Gupta wishes to be heard on this issue, he should attend the August 21 hearing or if he cannot attend on that date, he should seek to have that hearing postponed through the proper procedures.

**IT IS SO ORDERED.**

Dated:  August 15, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2