IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MCCURRY STUDIOS LLC,

    Plaintiff,

  v.

WEB2WEB MARKETING, INC., d/b/a ACTEVA.COM,

    Defendant.
                                          /

No. MC 13-80246 WHA

**ORDER RE OCTOBER 2 HEARING DATE**

On August 21, 2014, Pankaj Gupta was previously ordered to appear at **8:00 AM ON OCTOBER 2, 2014**, to bring certain documents and to be prepared to testify on that date.  Mr. Gupta shall appear as scheduled and bring documents at that time.  He shall also leave those documents with the Clerk on that date, and appear again in Courtroom 8 on the 19th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, at **8:00 AM ON OCTOBER 15, 2014**, so that he may testify as needed on that date.  When Mr. Gupta appears on October 2, the Clerk shall serve him with a copy of this order requiring his appearance again on October 15.  Plaintiff's counsel shall also appear at 8:00 AM on October 2 and October 15 as well.  In the meantime, the Clerk will allow plaintiff's counsel to examine and to copy the documents produced by Mr. Gupta.

Again, if Mr. Gupta disobeys any part of this order or the August 21 order, the United States Marshals will be subsequently ordered to find and arrest him and hold him in detention until such time as he complies with plaintiff's subpoenas. Plaintiff shall now e-mail a copy of this order to Mr. Gupta and defendant.

**IT IS SO ORDERED.**

Dated: September 25, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2