**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE MCCURRY STUDIOS, LLC,

    Plaintiff,

v.

WEB2WEB MARKETING, INC., d/b/a
ACTEVA.COM,

    Defendant.
                                    /

No. MC 13-80246 WHA

**ORDER FROM OCTOBER 15 HEARING**

As discussed at today's hearing, the following shall apply:

- Plaintiff's counsel, Mr. Pankaj Gupta, and his attorney Alexander Volchegursky will meet at Mr. Gupta's Walnut Creek residence so that the fifteen boxes of documents and defendant's computers in storage can be turned over to plaintiff's counsel at their expense for inspection and safekeeping. This meeting will take place at **10 AM ON OCTOBER 16, 2014**. Please note that this is not permission for plaintiff's counsel to take Mr. Gupta's own personal computer in active use.

- Mr. Gupta must finish a more complete and thorough production of documents at the office of plaintiff's counsel — *i.e.*, Drinker Biddle & Reath LLP at 50 Fremont Street, 20th Floor, San Francisco, California 94105 — by no later than **11 AM ON**

**OCTOBER 24, 2014**. Such a production includes, but is not limited to, defendant's financial records concerning revenue, expenses, sales, expenditures, checks, or credit cards in the last three years. Furthermore, Mr. Gupta must contact James Turnbough to obtain any documents needed to complete this production. This, however, is not the only task that Mr. Gupta needs to perform to meet the October 24 deadline, as he must look for and produce all relevant documents, which likely will require him to contact other individuals who may have actual access to such documents.

- Mr. Gupta must also appear for deposition at the office of plaintiff's counsel — again, Drinker Biddle & Reath LLP at 50 Fremont Street, 20th Floor, San Francisco, California 94105 — at **9 AM ON OCTOBER 29, 2014**.

- Plaintiff's counsel, Mr. Gupta, and Attorney Volchegursky will return for another hearing at **1 PM ON OCTOBER 30, 2014**. Today, Mr. Gupta was warned that if he does not personally appear at the October 29 hearing, the United States Marshal will be sent to arrest him and hold him in detention until such time as he complies with this order.

**IT IS SO ORDERED.**

Dated: October 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE