IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE MCCURRY STUDIOS, LLC,

    Plaintiff,

  v.

WEB2WEB MARKETING, INC., d/b/a ACTEVA.COM,

    Defendant.
                             /

No. MC 13-80246 WHA

**ORDER RE CONTINUED STAY**

Pursuant to the order dated October 17, 2014 (Dkt. No. 48), the above-captioned case was stayed in light of Mr. Pankaj Gupta's recent arrest and incarceration, with the parties to file a joint status report on the first business day of each month. Yesterday, the parties submitted such a report, indicating that Mr. Gupta had been charged with grand theft and embezzlement in state court and that his Web2Web documents and computers are now in the possession of the San Francisco District Attorney's Office. Mr. Gupta was released on bail on October 31, 2014.

The parties now request that the October 15 order (Dkt. No. 44) be stayed for another thirty days. Although this request is unnecessary in light of the October 17 order, the present request is hereby **APPROVED**. Additionally, Mr. Gupta will please be aware that he is not to destroy any documents, as admonished at the October 15 hearing (Dkt. No. 43).

**IT IS SO ORDERED.**

Dated: November 4, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE