IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE MCCURRY STUDIOS, LLC,

    Plaintiff,

  v.

WEB2WEB MARKETING, INC., d/b/a ACTEVA.COM,

    Defendant.

No. MC 13-80246 WHA

**ORDER RE CONTINUED STATUS REPORTS**

A previous order directed the parties to file monthly status reports regarding defendant Pankaj Gupta's criminal case (Dkt. No. 48). Based on plaintiff's request, the parties are now requested to submit quarterly status reports, rather than monthly status reports, beginning on **OCTOBER 1, 2015**, and thereafter on the first business day of each quarter.

**IT IS SO ORDERED.**

Dated: July 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE